UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD G. TURAY, | CASE NO. C16-5190 RBL-JRC |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | NOTED FOR:  SEPTEMBER 23, 2016 |
| KEVIN QUIGLEY, et. al., | |
| Defendants. | |

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff was proceeding with this action *pro se* and *in forma pauperis*.

On June 10, 2016, this Court sent to plaintiff its Order Directing Service of Civil Rights Complaint.  Dkt. 17.  On August 9, 2016, the mail sent to plaintiff was returned to the Court marked "RTS, deceased."  Dkt. 37. On that same day, defendants filed a request for stay pending resolution of plaintiff's death and substitution pursuant to Federal Rules of Procedure, Rule 25(a).  Dkt. 35.  Defendants attached a Certificate of Death with their request.  Dkt. 36-1.  Due to the fact that plaintiff is deceased, the Court recommends that this matter be dismissed without

1  prejudice. In the unlikely event plaintiff's estate intends to pursue a claim, it may do so in a

2  separate action.

3          Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have

4  fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P.

5  6. Failure to file objections will result in a waiver of those objections for purposes of de novo

6  review by the district judge. See 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit

7  imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on

8  September 23, 2016, as noted in the caption.

9

10          Dated this 29th day of August, 2016.

11

12          J. Richard Creatura
            United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24