UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD G. TURAY,

          Plaintiff,

    v.

KEVIN QUIGLEY, et al.,

          Defendants.

CASE NO. 16-cv-05190 RBL JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation [Dkt. #38].

(2)    Due to the fact that plaintiff is deceased, this matter is DISMISSED without prejudice.

**DATED** this 26th day of September, 2016.

Ronald B. Leighton
United States District Judge

ORDER - 1